**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert L. Hall | Social Security number or ITIN   xxx–xx–2390 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Rose Marie Hall | Social Security number or ITIN   xxx–xx–8988 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   24–20483–JCM

# Order of Discharge

12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert L. Hall
fdba B & R's Garage

Rose Marie Hall

6/26/24

**By the court:**   John C Melaragno
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                     Case No. 24-20483-JCM
Robert L. Hall                                                        Chapter 7
Rose Marie Hall
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: admin                                          Page 1 of 3
Date Rcvd: Jun 26, 2024                              Form ID: 318                                     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Hall, Rose Marie Hall, P.O. Box 355, Uledi, PA 15484-0355 |
| 15690355 | | Breezeline, 43920 Airport View Drive, Hollywood, MD 20636-3105 |
| 15690360 | | Charles Gennaula, MD, P.O. Box 958, Belle Vernon, PA 15012-0958 |
| 15690367 | + | Mariner Finance, 45 West Main Street, Uniontown, PA 15401-3341 |
| 15690370 | | Mon Vale Clinical Professionals, P.O. Box 645419, Pittsburgh, PA 15264-5252 |
| 15690375 | | Penn Highlands Mon Valley, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15690376 | | Penn Highlands Mon Valley, P.O. Box 715064, Cincinnati, OH 45271-5064 |
| 15690377 | | Pittsburgh VAMC (646) NECPAC, University Drive C, Pittsburgh, PA 15240 |
| 15690380 | | Southwestern Endoscopy Center, 302 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |
| 15690382 | | Synchrony Bank Secured, Attn: Bankruptcy Department, P.O. Box 71783, Philadelphia, PA 19176-1783 |
| 15690384 | + | US Digestive Health, P.O. Box 784221, Philadelphia, PA 19178-4221 |
| 15690387 | | West Virginia United Health System, Inc., ATTN: PFS Correspondence, P.O. Box 8031, Morgantown, WV 26506-8031 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 27 2024 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 27 2024 03:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 00:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jun 27 2024 03:45:00 | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15690358 | + | EDI: CCUSA.COM | Jun 27 2024 03:39:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 15690359 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2024 00:10:58 | Credit One Bank, Attn: Bankruptcy Dept., 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 15690361 | | EDI: CBS7AVE | Jun 27 2024 03:45:00 | Ginny's, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15690362 | | EDI: SYNC | Jun 27 2024 03:39:00 | HH Gregg/Synchrony Bank, Attention: |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 15690363 | EDI: IRS.COM | Jun 27 2024 03:39:00 | Internal Revenue Service, P.O. Box 249, Memphis, TN 38101-0249 |
| 15707500 | EDI: JEFFERSONCAP.COM | Jun 27 2024 03:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15690366 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:23:23 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15693278 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:11:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15690365 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 27 2024 00:05:00 | Lakeview Loan Servicing, LLC, Attn: Customer Service, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15696080 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 01:14:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15690368 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 00:10:48 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15690369 | + EDI: CBS7AVE | Jun 27 2024 03:45:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15690371 | EDI: CBS7AVE | Jun 27 2024 03:45:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15690372 | EDI: AGFINANCE.COM | Jun 27 2024 03:39:00 | One Main Financial, 575 Morgantown Road--Suite 3, Uniontown, PA 15401-5431 |
| 15710337 | + EDI: AGFINANCE.COM | Jun 27 2024 03:39:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15690373 | ^ MEBN | Jun 26 2024 23:49:08 | PA Turnpike Toll by Plate, P.O. Box 645631, Pittsburgh, PA 15264-5254 |
| 15690374 | ^ MEBN | Jun 26 2024 23:50:58 | Patenaude & Felix, Gregg L. Morris, Esq., 2400 Ansys Drive--Suite 402-B, Canonsburg, PA 15317-0403 |
| 15690378 | ^ MEBN | Jun 26 2024 23:49:44 | Publishers Clearing House, P.O. Box 6344, Harlan, IA 51593-1844 |
| 15690379 | + EDI: CBS7AVE | Jun 27 2024 03:45:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15715525 | EDI: SYNC | Jun 27 2024 03:39:00 | Synchrony Bank, PO Box 669805, Dallas, TX 75266-0757 |
| 15715744 | EDI: AIS.COM | Jun 27 2024 03:45:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15690356 | EDI: SYNC | Jun 27 2024 03:39:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Department, P.O. Box 71783, Philadelphia, PA 19176-1783 |
| 15690364 | EDI: SYNC | Jun 27 2024 03:39:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy Deptartment, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15714645 | Email/Text: bncmail@w-legal.com | Jun 27 2024 00:05:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 15690383 | + EDI: WTRRNBANK.COM | Jun 27 2024 03:45:00 | Target/TD Bank, Attn: Bankruptcy, P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 15690381 | EDI: CBS7AVE | Jun 27 2024 03:45:00 | The Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15690357 | EDI: CBS7AVE | Jun 27 2024 03:45:00 | Through the Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |

| | | | |
|---|---|---|---|
| 15690385 | Email/Text: bankruptcy@firstenergycorp.com | Jun 27 2024 00:07:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15690386 | Email/Text: bankruptcy@firstenergycorp.com | Jun 27 2024 00:07:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |
| 15690388 | + Email/Text: ymfus_bankruptcy@yamaha-motor.com | Jun 27 2024 00:03:00 | Yamaha Financial Services, Attn: Bankruptcy, 6555 Katella Avenue, Cypress, CA 90630-5101 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Debtor Robert L. Hall COZ@Zeblaw.com  Janet@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Joint Debtor Rose Marie Hall COZ@Zeblaw.com  Janet@Zeblaw.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com |

TOTAL: 5