**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert L. Hall**
**fdba B & R's Garage**
**Rose Marie Hall**
   Debtor(s)

Bankruptcy Case No.: 24–20483–JCM

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Robert H. Slone, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 11, 2024

John C Melaragno
United States Bankruptcy Judge